IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YVONNE E. KRICK,<br>　　　Plaintiff | : | CIVIL ACTION |
| | : | |
| vs. | : | NO. 16-1734 |
| | : | |
| GIANT FOOD STORES, LLC,<br>　　　Defendant | : | |

## **O R D E R**

**AND NOW,** this   28th   day of March, 2018, upon consideration of the defendant's motion for summary judgment (Document #21), and the plaintiff's response in opposition thereto (Document #22), IT IS HEREBY ORDERED that the motion is DENIED in its entirety.

BY THE COURT:


　/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, C. J.